458 A.2d 198

**Glenn CHAZAK, Appellant,**

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY.**

Superior Court of Pennsylvania.

Argued Nov. 5, 1981.

Filed Feb. 11, 1983.

Reargument Denied April 26, 1983.

Petition for Allowance of Appeal Denied Aug. 31, 1983.

Allen L. Feingold, Philadelphia, for appellant.

David M. McCormick, Philadelphia, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

PER CURIAM:

1) Order of the Court of Common Pleas of Philadelphia County is affirmed insofar as it sustains Appellee's preliminary objections to that portion of Appellant's suit referring to a no-fault claim.

2) Appellant's appeal from that portion of the order of the Court of Common Pleas of Philadelphia County which permitted Appellant to file a petition to compel the appointment of an arbitrator unless Appellee appointed an arbitrator is quashed as being an attempted appeal from an interlocutory order of the trial court.

, in fact, divert the jury's attention from its proper fact-finding function.

3) Appellant is granted twenty days from the date of receipt of the record by the trial court within which to file a petition to compel the appointment of an arbitrator unless within said time Appellee appoints an arbitrator.